UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on February 15, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 22-CR-083 (CKK) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| ABUBAKR BANIRE, | : | 21 U.S.C. § 846, 841(a)(1) and |
| CHRISTOPHER AKINDURO, | : | (b)(1)(B)(vii) |
| KAVON DUNCAN, | : | (Conspiracy to Distribute and Possess |
| JOE BLYTHER, | : | with Intent to Distribute Over 100 |
| ISAAC AKINDURO, | : | Kilograms of Marijuana) |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | : | |
| | : | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute Marijuana) |
| Defendants. | : | |
| | : | 18 U.S.C. § 924(c)(1)(B)(ii) |
| | : | (Using, Carrying, and Possessing a |
| | : | Machinegun During and in Relation to, |
| | : | and in Furtherance of, a Drug |
| | : | Trafficking Offense) |
| | : | |
| | : | 18 U.S.C. § 924(c)(1)(A)(i) |
| | : | (Using, Carrying, and Possessing a |
| | : | Firearm During and in Relation to, and |
| | : | in Furtherance of, a Drug Trafficking |
| | : | Offense) |
| | : | |
| | : | 18 U.S.C. § 922(o)(1) |
| | : | (Illegal Possession and Transfer of a |
| | : | Machinegun) |
| | : | |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for |
| | : | a Term Exceeding One Year) |

:   **FORFEITURE:   18 U.S.C. § 924(d),**
:   **21 U.S.C. § 853, and 28 U.S.C. § 2461(c)**

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Beginning on or about May 19, 2021, and continuing through at least December 21, 2021, within the District of Columbia and elsewhere, **ABUBAKR BANIRE, JOE BLYTHER, CHRISTOPHER AKINDURO, ISAAC AKINDURO, KAVON DUNCAN,** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and others known and unknown to the Grand Jury did knowingly and willfully combine, conspire, confederate, and agree together, and with other persons, to unlawfully, knowingly, and intentionally distribute and possess with intent to distribute 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vii), and 846.

(**Conspiracy to Distribute and Possess with Intent to Distribute 100 Kilograms or More of Marijuana**, in violation of Title 21, United States Code, Section 846)

### COUNT TWO

On or about December 21, 2021, within the District of Columbia, **ABUBAKR BANIRE, CHRISTOPHER AKINDURO**, and **KAVON DUNCAN** did unlawfully, knowingly, and intentionally possess with intent to distribute a detectable amount of marijuana, a Schedule I controlled substance.

(**Unlawful Possession with Intent to Distribute Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT THREE

On or about December 21, 2021, in the District of Columbia, **ABUBAKR BANIRE**, did knowingly possess a machinegun, that is, a device (bearing no manufacturer's marks of identification, or serial number as required) designed and intended to convert a semiautomatic, Glock-style handgun into a machinegun capable of fully automatic fire, without manual reloading, by a single function of the trigger, and a privately made firearm (bearing no manufacturer's marks of identification, or serial number as required) capable of fully automatic fire, without manual reloading, by a single function of the trigger, namely a Glock Model 19, 9mm caliber firearm, Serial No. BUBB799, and a privately made firearm (bearing no manufacturer's marks of identification, or serial number as required).

**(Unlawful Possession of a Machinegun,** in violation of Title 18, United States Code, Section 922(o)(1))

## COUNT FOUR

On or about December 21, 2021, within the District of Columbia, **ABUBAKR BANIRE**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in Los Angeles Superior Court, Case No. LACBA48243001, did unlawfully and knowingly receive a possess a firearm, that is a Glock Model 19, 9mm caliber firearm, Serial No. BUBB799, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm caliber ammunition and .556 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year,** in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT FIVE

On or about December 21, 2021, within the District of Columbia, **ABUBAKR BANIRE** did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count One and Count Two of this Indictment which is incorporated herein, machineguns, that is a device (bearing no manufacturer's marks of identification, or serial number as required) designed and intended to convert a semiautomatic, Glock-style handgun into a machinegun capable of fully automatic fire, without manual reloading, by a single function of the trigger, namely a Glock Model 19, 9mm caliber firearm, Serial No. BUBB799, and a privately made firearm (bearing no manufacturer's marks of identification, or serial number as required) capable of fully automatic fire, without manual reloading, by a single function of the trigger.

**(Using, Carrying, and Possessing a Machinegun During and in Relation to, and in Furtherance of, a Drug Trafficking Offense,** in violation of Title 18, United States Code, Section 924(c)(1)(B)(ii))

## COUNT SIX

On or about December 21, 2021, in the District of Columbia, **CHRISTOPHER AKINDURO,** did knowingly possess a machinegun, that is, a device (bearing no manufacturer's marks of identification, or serial number as required) designed and intended to convert a semiautomatic, Glock-style handgun into a machinegun capable of fully automatic fire, without manual reloading, by a single function of the trigger, namely, a Glock Model 26, 9mm caliber firearm, Serial No. AFVD680.

**(Unlawful Possession of a Machinegun,** in violation of Title 18, United States Code, Section 922(o)(1))

## COUNT SEVEN

On or about December 21, 2021, within the District of Columbia, **CHRISTOPHER AKINDURO** did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count One and Count Two of this Indictment which is incorporated herein, a machinegun, that is, a device (bearing no manufacturer's marks of identification, or serial number as required) designed and intended to convert a semiautomatic, Glock-style handgun into a machinegun capable of fully automatic fire, without manual reloading, by a single function of the trigger, namely, a Glock Model 26, 9mm caliber firearm, Serial No. AFVD680.

**(Using, Carrying, and Possessing a Machinegun During and in Relation to, and in Furtherance of, a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1)(B)(ii))

## COUNT EIGHT

On or about December 21, 2021, within the District of Columbia, **KAVON DUNCAN**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count One and Count Two of this Indictment which is incorporated herein, a firearm, that is, a Glock Model 26, 9mm caliber firearm, Serial No. BKWU408.

**(Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i))

## COUNT NINE

On or about December 21, 2021, within the District of Columbia and elsewhere, **JOE BLYTHER**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein, a firearm, that is, a Ruger LCP, .380 caliber firearm, Serial No. 372419504.

> **(Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i))

## COUNT TEN

On or about July 14, 2021, within the District of Columbia, **JOE BLYTHER**, did unlawfully, knowingly, and intentionally possess with intent to distribute a detectable amount of marijuana, a Schedule I controlled substance.

> **(Unlawful Possession with Intent to Distribute Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT ELEVEN

On or about July 14, 2021, within the District of Columbia, **JOE BLYTHER**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Case No. 2016 CF3 007190, did unlawfully and knowingly receive and possess a firearm, that is a Glock Model 26, 9mm caliber firearm, Serial No. AEUD846, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm caliber ammunition, which had been possessed, shipped and transported in and affecting interstate commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWELVE

On or about July 14, 2021, within the District of Columbia, **JOE BLYTHER**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count One and Count Ten of this Indictment which is incorporated herein, a firearm, that is, a Glock Model 26, 9mm caliber firearm, Serial No. AEUD846,

**(Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i))

## COUNT THIRTEEN

On or about December 21, 2021, in the District of Columbia, **JOE BLYTHER**, did knowingly possess a machinegun, that is, a device (bearing no manufacturer's marks of identification, or serial number as required) designed and intended to convert a semiautomatic, Glock-style handgun into a machinegun capable of fully automatic fire, without manual reloading, by a single function of the trigger, namely a Glock 26, 9mm caliber firearm, Serial No. CCB395 (barrel) and BFVF866 (slide and lower).

**(Unlawful Possession of a Machinegun,** in violation of Title 18, United States Code, Section 922(o)(1))

## COUNT FOURTEEN

On or about December 21, 2021, within the District of Columbia, **JOE BLYTHER**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Case No. 2016 CF3 007190, did unlawfully and knowingly receive and possess a firearm, that is, a Glock 26, 9mm caliber firearm, Serial No. CCB395 (barrel) and BFVF866 (slide and lower) and did unlawfully and knowingly receive and possess ammunition, that is, 9mm caliber ammunition, which had been possessed, shipped and transported in and affecting interstate commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year,** in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT FIFTEEN

On or about October 18, 2021 to on or about December 21, 2021, within the District of Columbia and elsewhere, **JOE BLYTHER**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein, a machinegun, that is a device (bearing no manufacturer's marks of identification, or serial number as required) designed and intended to convert a semiautomatic, Glock-style handgun into a machinegun capable of fully automatic fire, without manual reloading, by a single function of the trigger, namely, a Glock 26, 9mm caliber firearm, Serial No. CCB395 (barrel) and BFVF866 (slide and lower).

**(Using, Carrying, and Possessing a Machinegun During and in Relation to, and in Furtherance of, a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1)(B)(ii))

## COUNT SIXTEEN

On or about June 15, 2021, within the District of Columbia and elsewhere, **CHRISTOPHER AKINDURO**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein, a firearm, that is, a Taurus G2, 9mm caliber firearm, Serial No. TK044069.

**(Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i))

## COUNT SEVENTEEN

On or about August 25, 2021, within the District of Columbia and elsewhere, **ISAAC AKINDURO** did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein, firearms, namely a Glock Model 27 firearm, Serial No. GRA241, a Ruger 9mm firearm, Serial No. 381-11914, a Taurus 9mm firearm, Serial No. ABG674975, a Sig Sauer .22 firearm, Serial No. F088366, a Ruger .40, and an Anderson 5.56 firearm, Serial No. 20252924.

**(Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i))

## COUNT EIGHTEEN

On or about June 15, 2021, within the District of Columbia and elsewhere, ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which they may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein, firearms, namely, a privately made firearm, a Century Arms RAS 47 firearm with Serial No. RAS47111801, a Glock style 9mm privately made firearm, and a Zastava Arms ZPAP85 firearm with Serial No. 285007810.

**(Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i))

## FORFEITURE ALLEGATION

1.    Upon conviction of any of the offenses alleged in Counts One through Seventeen of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of these offenses, including but not limited to: a Glock Model 19, 9mm caliber firearm, Serial No. BUBB799, a AR pistol-style privately made firearm, a Glock Model 26, 9mm caliber firearm, Serial No. AFVD680, a Glock Model 26, 9mm caliber firearm, Serial No. BKWU408, a Ruger LCP, .380 caliber firearm, Serial No. 372419504, a Glock Model 26, 9mm caliber firearm, Serial No. AEUD846, a Glock 26, 9mm caliber firearm, Serial No. CCB395 (barrel) and BFVF866 (slide and lower), a Taurus G2, 9mm caliber firearm, Serial No. TK044069, a Glock Model 27 firearm, Serial No. GRA241, a Ruger 9mm firearm, Serial No. 381-11914, a Taurus 9mm firearm, Serial No. ABG674975, a Sig Sauer .22 firearm, Serial No. F088366, a Ruger .40, an Anderson 5.56 firearm, Serial No. 20252924, a second AR-15 style pistol privately made firearm, a Century Arms RAS 47 firearm with Serial No. RAS47111801, a Glock style 9mm privately made firearm, a Zastava Arms ZPAP85 firearm with Serial No. 285007810, a Zastava Arms Rifle with Serial No. Z92-08-3881, and 9mm caliber ammunition and .556 caliber ammunition

2.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

11

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be subdivided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

*Matthew M. Groves /GPR*  FOREPERSON.

Attorney of the United States in
and for the District of Columbia